IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **FABIAN BAKARI and LARONDA BAKARI,** | : : : | |
| **Plaintiffs,** | : : | |
| vs. | : : | 5:04CV46 (DF) |
| **THE CITY OF BYRON, GEORGIA, and PATRICK SONDRON, Individually and as a Police Officer, and CORPORAL TED L. SULLIVAN, Individually and as a Police Officer,** | : : : : : : : | |
| **Defendants.** | : : | |

## O R D E R

Mr. Arnold Ragas, the attorney who represented Plaintiffs Fabian and LaRonda Bakari in this matter, has asked the Court to reconsider its Order of January 6, 2006, in which the Court assessed attorney's fees against the Bakaris in the amount of $22,866.06 and against Ragas in the amount of $10,872.00. *See* 42 U.S.C.A. § 1988; 28 U.S.C.A. § 1927. Though the Court appreciates Ragas's decision to finally communicate with the Court after his repeated and blatant refusals to do so, the time has long since passed for considering the sort of woe-is-me excuses contained in his motion for reconsideration. Suffice it to say that his telling admissions give the Court even greater cause for concern about the way this case was handled than it had before.

Ragas's motion for reconsideration (doc. 43) is hereby **DENIED.**

In addition to denying the motion for reconsideration, the Court should make one thing clear: The Court does not view Ragas's motion as speaking for Fabian or LaRonda Bakari, and its filing does not excuse them from submitting the financial information requested by the Court in its January 6 Order. In that Order, the Bakaris were directed to submit to the Court sworn financial affidavits within 30 days of service, or risk having judgment entered against them in an amount of $22,866.06. According to the case file, the Bakaris were served with a copy of that Order on January 13.

The Bakaris shall therefore have until 5:00 p.m. **February 14, 2006**, to submit to the Court affidavits detailing their current financial status. The Court cannot and will not consider reducing their proportion of attorney's fees without such information.

Arnold Ragas, Fabian Bakari, and LaRonda Bakari shall be served with a copy of this Order via certified mail.

SO ORDERED, this 25th day of January, 2006.

/s/ **Duross Fitzpatrick**
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/sew